MENA TRINKLE, RESPONDENT, v. FREDERICK W. DON-
NELLY ET AL., THE POLICE AND FIRE PENSION COM-
MISSION OF TRENTON, N. J., APPELLANTS.

Submitted March 26, 1923—Decided April 20, 1923.

On appeal from the Supreme Court, in which the following
per curiam was filed:

"This case is similar in all respects to that of Van Horn v.
Donnelly et al., decided at this term, and is controlled by that
decision.

"A peremptory writ of *mandamus* will issue."

For the appellants, *Katzenbach & Hunt*.

For the respondent, *Henry M. Hartman*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, PARKER, KALISCH, BLACK, KATZENBACH, WHITE,
HEPPENHEIMER, ACKERSON, VAN BUSKIRK, JJ.    11.

*For reversal*—None.